**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

AUG 0 5 2021

TAMMY H. DOWNS, CLERK
By: _____
DEP CLERK

**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**AMERICAN TAEKWONDO ASSOCIATION, INC.**                    **PLAINTIFF**

v.                              CASE NO. 4:21cv706-BRW

**ROMEO GREGORY and**
**LEGACY MARTIAL ARTS FAMILY FITNESS CENTER**
**a/k/a LEGACY MARTIAL ARTS**                                **DEFENDANTS**

**COMPLAINT** This case assigned to District Judge _Wilson_
and to Magistrate Judge _Kearney_

American Taekwondo Association, Inc. ("ATA"), for its Complaint against Romeo

Gregory ("Gregory" or "Licensee") and Legacy Martial Arts Family Fitness Center a/k/a Legacy

Martial Arts ("LMA"), collectively "Defendants", states as follows:

## I.    PARTIES

1.      ATA is an Arkansas corporation with its principal place of business located at 1800

Riverfront Drive, Little Rock, Arkansas 72202.

2.      ATA is one of the world's largest martial arts organizations dedicated to Songahm

Taekwondo.

3.      Upon information and belief, Gregory is a resident of Oxnard, California, whose

address is 609 Green River Street, Oxnard, California 93036.

4.      Gregory owns and operates LMA, located at 2711 South Rose Avenue, Suite D103,

Oxnard, California 93033.

5.      LMA's registered agent for service of process is Gregory Romeo, 609 Green River

Street, Oxnard, California 93036.

1

## II.    JURISDICTION AND VENUE

6.     This is an action for copyright infringement under the Copyright Act, 17 U.S.C. §§ 101, *et seq*., for trademark infringement and unfair competition under the Lanham Act, 15 U.S.C. §§ 1051, *et seq*., for common law trademark infringement and unfair competition, and for breach of contract under Arkansas law.

7.     This action involves questions arising under the laws of the United States; therefore, this Court has original subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1331.

8.     This Court has supplemental jurisdiction over ATA's common law and state law claims under 28 U.S.C. § 1367.

9.     This Court has personal jurisdiction over Defendants because: (a) Gregory entered into a contract with ATA concerning LMA; (b) that contract is governed by Arkansas law; (c) Gregory traveled to Arkansas on at least one occasion in relation to ATA's and Gregory's contractual relationship; and (d) Gregory subsequently breached the contractual agreement.

10.    Venue is proper in the Eastern District of Arkansas under 28 U.S.C. § 1391.

## III.    FACTUAL ALLEGATIONS

### A.    ATA's Intellectual Property

11.    ATA, also known as "ATA International," was founded in 1969 by Haeng Ung Lee, a former Traditional Taekwondo instructor in the South Korean military.

12.    With hundreds of thousands of active members in over 24 countries, ATA is one of the largest taekwondo organizations in the world.

13.    ATA developed a unique form of Taekwondo known as "Songahm" Taekwondo.

14.     ATA owns the copyright to the Songahm Taekwondo forms. *See* "Songahm Taekwondo," copyright number TXu000401254, attached as Exhibit 1.

15.     Martial arts schools must be licensed by ATA in order to instruct students in Songahm Taekwondo.

16.     ATA-affiliated schools instruct students in Songahm Taekwondo using officially-sanctioned, copyrighted training materials (collectively, "Copyrighted Training Materials"), including the following:

a.   "Songahm Taekwondo Instructor Manual," copyright number TX0004877698;

b.   "American Taekwondo Association black belt mid-term and rank testing requirements : handbook / written by ATA Instruction Department and Protech Divisi," copyright number TX0004836079;

c.   "American Taekwondo Association instructors kit / by Haeng Ung Lee," copyright number TX0000995798;

d.   "American Taekwondo Association University : level 1, trainer," copyright number TXu000739131; and,

e.   "American Taekwondo Association University : level 2, certified course," copyright number TXu000739132.

*See* Copyrighted Training Materials, attached as Exhibit 2.

17.     For the foregoing reasons, there is significant uniformity in the curriculum of ATA-affiliated schools.

18.     Consumers have come to expect a certain level of uniformity in instruction, ideals, and competence from ATA-affiliated schools.

19.     ATA and ATA-affiliated schools are easily recognized through ATA's symbols, logos, and registered and common law trademarks.

20.     ATA is the owner of a federal trademark registration, Reg. No. 3267114, issued by the United States Patent and Trademark Office ("USPTO") on July 24, 2007, for the "ATA" mark, as depicted below, for the purposes of "[i]indicating membership in applicant's organization":



Affidavits have been filed pursuant to Sections 8 and 15 of the Lanham Act, 15 U.S.C. §§ 1058 and 1065, and this registration is incontestable. *See* 2007 Registration, attached as Exhibit 3.

21.     ATA is the owner of a federal trademark registration, Reg. No. 4670316, issued by the USPTO on January 13, 2015, for a mark identical to the foregoing, for use on martial arts apparel and training equipment (collectively, "ATA Trademarks"). Affidavits have been filed pursuant to Sections 8 and 15 of the Lanham Act, 15 U.S.C. §§ 1058 and 1065, and this registration is incontestable. *See* 2015 Registration, attached as Exhibit 4.

22.     ATA has a proprietary interest in the forms of Songahm Taekwondo, as well as the trademarks, copyrights, and other intellectual property (collectively, "Intellectual Property") associated with ATA's instruction of martial arts.

**B.     ATA Licensing Agreement**

23.     On June 30, 2020, ATA issued a license to Gregory (the "Licensing Agreement") to use ATA Intellectual Property for the purposes of instructing Songahm Taekwondo at LMA. *See* Licensing Agreement, attached as Exhibit 5.

4

24.     Pursuant to the Licensing Agreement, "Licensee acknowledges ATA owns exclusive right, title, and interest in the Intellectual Property . . . . and that such Licensee's use of the material shall not create in such Licensee any rights, title or interest in or to the Intellectual Property." *Id.* at ¶ 1.1.

25.     Upon termination of the Licensing Agreements, "[a]ll Licensed Rights granted . . . shall terminate," and Licensee "shall cease using any names and logos associated with ATA," "will cease using all supplies and items pertaining to the Licensed Rights," and "will cease instructing martial arts using the Songahm Taekwondo forms or using the Intellectual Property in any way." *Id.* at ¶¶ 22.2-22.5.

26.     Further, "should Licensee breach a term or condition relating to the Licensed Rights or its use of the Intellectual Property, ATA will suffer irreparable harm for which monetary damages may not be sufficient." *Id.* at ¶ 30.0. As such, ATA is "entitled in addition to any other remedies it may have at law, to obtain an immediate injunction without trial to protect ATA's interest." *Id.*

27.     "[A]ll covenants and conditions relating to the rights and obligations of ATA and Licensee subsequent to the termination of this Agreement shall survive the termination of this Agreement." *Id.* at ¶ 33.0.

28.     The Licensing Agreements "shall be interpreted pursuant to the Laws of the State of Arkansas." *Id.* at ¶ 27.0.

29.     After entering into the Licensing Agreement, Gregory began instructing LMA students in Songahm Taekwondo using the Copyrighted Training Materials and employing ATA Trademarks and other Intellectual Property.

30.    On at least one occasion, Gregory traveled to Arkansas to participate in an ATA-affiliated martial arts competition.

**C.    Defendants' Unauthorized Use Of ATA's Intellectual Property**

31.    The Licensing Agreement was terminated on March 6, 2021.

32.    Gregory continued to use ATA's Intellectual Property and hold LMA out as being affiliated with ATA after the Licensing Agreement was terminated.

33.    LMA's website features a video of students in ATA uniforms practicing Songahm Taekwondo. *See* LMA website, attached as Exhibit 6; *see also* https://oxnardmartialarts.com/ (last visited July 26, 2021).

34.    Further, the website features photographs of students wearing ATA uniforms. *See id.*

35.    Additionally, LMA's Facebook page features ATA Intellectual Property. *See* Facebook photographs, attached as Exhibit 7; *see also* https://www.facebook.com/oxnardmartialarts/?ref=page_internal (last visited July 26, 2021).

36.    There are photographs of students in ATA uniforms, advertisements and similar promotional images created for ATA, and a variety of other materials which suggest LMA's continued affiliation with ATA. *See id.*

37.    LMA's Instagram page also features ATA Intellectual Property. *See* Instagram photographs, attached as Exhibit 8; *see also* https://www.instagram.com/legacymartialarts/ (last visited July 26, 2021).

38.     There are photographs of students in ATA uniforms, advertisements and similar promotional images created for ATA, and a variety of other materials which suggest LMA's continued affiliation with ATA. *See id.*

39.     Upon information and belief, Gregory is still instructing LMA students in Songahm Taekwondo and using the Copyrighted Training Materials.

40.     On April 5, 2021, ATA sent Gregory a letter demanding that Defendants cease and desist from the use of any ATA Intellectual Property ("Demand Letter"), but Gregory failed to comply. *See* Demand Letter, attached as Exhibit 9.

## IV.     CAUSES OF ACTION

### COUNT I

### Copyright Infringement Under The Copyright Act, 17 U.S.C. §§ 501

41.     ATA incorporates by reference the allegations in paragraphs 1-40 of the Complaint.

42.     ATA owns the copyright to the Songahm Taekwondo forms and the Copyrighted Training Materials. *See* Exhibits 1-2.

43.     Gregory was given access to and permission to use these copyrighted works upon entering into the Licensing Agreement. *See* Exhibit 5.

44.     After entering into the Licensing Agreement, Gregory instructed LMA students in Songahm Taekwondo using the Copyrighted Training Materials.

45.     Gregory is no longer licensed to instruct students in Songahm Taekwondo or use the Copyrighted Training Materials.

46.     Despite the foregoing, LMA still represents itself to be affiliated with ATA on its website. *See* Exhibit 6.

7

47.     ATA Trademarks, promotional materials, and other identifiers are repeatedly featured on LMA's Facebook and Instagram pages. *See* Exhibits 7-8.

48.     Defendants failed to comply with ATA's Demand Letter. *See* Exhibit 9.

49.     Upon information and belief, Gregory is still instructing LMA students in Songahm Taekwondo and/or using the Copyrighted Training Materials in violation of 17 U.S.C. § 501.

50.     The Defendants actions have caused injury to ATA.  ATA is entitled to injunctive relief under 17 U.S.C. § 502, either actual damages and any additional profits made by the Defendants, or statutory damages as provided under 17 U.S.C. § 504, and costs and reasonable attorneys' fees under 17 U.S.C. § 505.

## COUNT II

### Trademark Infringement Under The Lanham Act, 15 U.S.C § 1114

51.     ATA incorporates by reference the allegations in paragraphs 1-50 of the Complaint.

52.     ATA owns the rights to the federally registered ATA Trademarks. *See* Exhibits 3-4.

53.     Gregory had the right to use the ATA Trademarks in connection with LMA under the Licensing Agreement, but lost that right once the Licensing Agreement was terminated.

54.     Despite the foregoing, Defendants have continued to use the ATA Trademarks without ATA's consent, going so far as to ignore ATA's Demand Letter. *See* Exhibit 9.

55.     Defendants' continued use of the ATA Trademarks is likely to cause confusion, deception, and mistake by creating the false and misleading impression that LMA is still affiliated with ATA.

56.     Defendants' infringing use of the ATA Trademarks violates 15 U.S.C. § 1114 of the Lanham Act.  Defendants' activities are causing and, unless enjoined by this Court, will

continue to cause a likelihood of confusion and deception of members of the public, and, additionally, injury to ATA's goodwill and reputation, for which ATA has no adequate remedy at law.

57.      Defendants' actions demonstrate an intentional, willful, and malicious intent to trade on the goodwill associated with ATA, to ATA's great and irreparable harm.

58.      Defendants have caused and are likely to continue causing substantial injury to the public and to ATA, and ATA is entitled to injunctive relief and to recover  Defendants' profits, actual damages, enhanced profits and damages, costs, and reasonable attorneys' fees under 15 U.S.C. §§ 1114, 1116, and 1117.

## COUNT III

### Unfair Competition Under The Lanham Act, 15 U.S.C. § 1125

59.      ATA incorporates by reference the allegations in paragraphs 1-58 of the Complaint.

60.      ATA owns the rights to the federally registered ATA Trademarks. *See* Exhibits 3-4.

61.      Gregory had the right to use the ATA Trademarks in connection with LMA under the Licensing Agreement, but lost that right once the Licensing Agreement was terminated.

62.      Despite the foregoing, Defendants have continued to use the ATA Trademarks without ATA's consent, going so far as to ignore ATA's Demand Letter. *See* Exhibit 9.

63.      Defendants' continued use of the ATA Trademarks is likely to cause confusion, deception, and mistake by creating the false and misleading impression that LMA is still affiliated with ATA.

64.      Defendants have made false representations, false descriptions, and false designations of or in connection with the services LMA provides in violation of 15 U.S.C. §

9

1125(a). Defendants' activities have caused, and, unless enjoined by this Court, will continue to

cause a likelihood of confusion and deception of members of the public, and, additionally, injury

to ATA's goodwill and reputation, for which ATA has no adequate remedy at law.

65.     Defendants' actions demonstrate an intentional, willful, and malicious intent to

trade on the goodwill associated with ATA to the great and irreparable injury of ATA.

66.     Defendants' conduct has caused, and is likely to continue causing, substantial injury

to the public and to ATA.  ATA is entitled to injunctive relief and to recover  Defendants' profits,

actual damages, enhanced profits and damages, costs, and reasonable attorneys' fees under 15

U.S.C. §§ 1125(a), 1116, and 1117.

## COUNT IV

### Common Law Trademark Infringement And Unfair Competition

67.     ATA incorporates by reference the allegations in paragraphs 1-66 of the Complaint.

68.     Defendants' acts constitute common law trademark infringement and unfair

competition, and have created and will continue to create, unless enjoined by this Court, a

likelihood of confusion to the irreparable injury of ATA.  ATA has no adequate remedy at law for

this injury.

69.     Defendants acted with full knowledge of ATA's use of, and statutory and common

law rights to, ATA's Intellectual Property and without regard to the likelihood of confusion to the

public created by their activities.

70.     Defendants' actions demonstrate an intentional, willful, and malicious intent to

trade on the goodwill associated with ATA to the great and irreparable injury of ATA.

71.     As a result of Defendants' actions, ATA has been damaged in an amount not yet

determined or ascertainable.  At a minimum, however, ATA is entitled to injunctive relief, to an

accounting of Defendants' profits, damages, and costs.  Further, in light of the deliberate and malicious use of ATA's Intellectual Property, and the need to deter Defendants from engaging in similar conduct in the future, ATA is entitled to punitive damages.

## COUNT V

### Breach Of Contract Under Arkansas Law

72.     ATA incorporates by reference the allegations in paragraphs 1-71 of the Complaint.

73.     ATA and Gregory entered into the Licensing Agreement on June 30, 2020.  The Licensing Agreement is a valid, binding contract.  *See* Exhibit 5.

74.     Upon termination of the Licensing Agreement, "[a]ll Licensed Rights granted . . . shall terminate," and Licensee "shall cease using any names and logos associated with ATA," "will cease using all supplies and items pertaining to the Licensed Rights," and "will cease instructing martial arts using the Songahm Taekwondo forms or using the Intellectual Property in any way." *Id.* at ¶¶ 22.2-22.5.

75.     Further, ATA and Gregory explicitly agreed that "all covenants and conditions relating to the rights and obligations of ATA and Licensee subsequent to the termination of this Agreement shall survive the termination of this Agreement." *Id.* at ¶ 33.0.

76.     The Licensing Agreement was terminated on March 6, 2021.

77.     Gregory continued to use ATA's Intellectual Property and hold LMA out as being affiliated with ATA after the Licensing Agreement was terminated.

78.     Gregory's actions constitute a breach of contract under Arkansas law.

79.     Pursuant to the Licensing Agreement, ATA is "entitled . . . to obtain an immediate injunction without trial to protect ATA's interest." *Id.* at ¶ 30.0.  ATA is also entitled to damages resulting from Gregory's breach of the Licensing Agreement.

**PRAYER FOR RELIEF**

WHEREFORE, ATA prays that:

80.     Defendants and all of their agents, officers, employees, representatives, successors, assigns, attorneys, and all other persons acting for, with, by, through, or under authority from Defendants, or in concert or participation with Defendants, and each of them, be enjoined from:

    a.  Advertising, marketing, promoting, or otherwise attempting to offer goods and services using ATA's Intellectual Property or any trademark, name, logo, design, or designation of any kind that suggests any kind of affiliation between Gregory, LMA, and ATA;

    b.  Using or instructing any person in Songahm Taekwondo, any individual Songahm Taekwondo form, or any recognizable elements of Songahm Taekwondo;

    c.  Using or instructing any person using the Copyrighted Training Materials or any recognizable elements thereof;

    d.  Using any trademark, name, logo, design, or designation of any kind on or in connection with Defendants' goods and services that is a copy, reproduction, colorable imitation, or simulation of, or confusingly similar to any ATA trademarks, trade dresses, names, or logos;

    e.  Using any trademark, name, logo, design, or designation of any kind on or in connection with Defendants' goods and services that is likely to cause

confusion, mistake, deception, or public misunderstanding that such services are provided by ATA, or are sponsored or authorized by ATA, or are in any way connected or related to ATA;

f.  Using any trademark, name, logo, design, or designation of any kind on or in connection with Defendants' goods and services that dilutes or is likely to dilute the distinctiveness of ATA's trademarks, trade dresses, names, or logos;

g.  Passing off, palming off, or assisting in passing off or palming off Defendants' goods and services as those of ATA, or otherwise continuing any and all acts of unfair competition as alleged in this Complaint;

81.  Defendants be ordered to cease using, offering, marketing, promoting, and selling goods or services incorporating or bearing ATA Intellectual Property, or any confusingly similar imitation of ATA Intellectual Property;

82.  Defendants be compelled to account to ATA for any and all profits derived by Defendants from the use, sale, or distribution of ATA Intellectual Property;

83.  ATA be awarded all damages caused by the acts forming the basis of this Complaint;

84.  Based on Defendants' knowing and intentional use of ATA's Intellectual Property or a confusingly similar imitation of ATA's Intellectual Property, the damages awarded be trebled and the award of Defendants' profits be enhanced as provided for by 15 U.S.C. § 1117(a)-(b);

85.  Defendants be required to pay to ATA the costs and reasonable attorneys' fees incurred by ATA in this action pursuant to 15 U.S.C. S 1117(a) and 17 U.S.C. § 505;

## JURY TRIAL DEMAND

ATA respectfully demands a trial by jury on all claims and issues so triable.

DATED: August 5, 2021

Joseph R. Falasco, Ark. Bar No. 2002163
S. Katie Calvert, Ark. Bar No. 2019117
*Attorneys for American Taekwondo Association, Inc.*
QUATTLEBAUM, GROOMS, & TULL PLLC
111 Center Street, Suite 1900
Little Rock, Arkansas 72201
Telephone: (501) 379-1700
Facsimile: (501) 379-1701
jfalasco@qgtlaw.com
kcalvert@qgtlaw.com

By: ______________________
S. Katie Calvert



**The Library has opened access to some reading rooms by appointment only. More. The Jefferson Building has reopened to visitors via timed, ticketed entry. More.**

| Help | Search | History | Titles | Start Over |

---

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = songahm
Search Results: Displaying 1 of 4 entries



Labeled View

---

*Songahm taekwondo.*

**Type of Work:** Text
**Registration Number / Date:** TXu000401254 / 1990-01-16
**Title:** Songahm taekwondo.
**Description:** 120 p.
**Copyright Claimant:** ATA Publications, Inc.
**Date of Creation:** 1989

**Names:** ATA Publications, Inc.



| Save, Print and Email (Help Page) | |
|---|---|
| Select Download Format  Full Record ∨ | Format for Print/Save |
| Enter your email address: | Email |

---

Help   Search   History   Titles   Start Over

---

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page

**EXHIBIT 1**

7/23/2021                                    WebVoyage Record View 1



**The Library has opened access to some reading rooms by appointment only. More. The Jefferson Building has reopened to visitors via timed, ticketed entry. More.**

| Help | Search | History | Titles | Start Over |
|------|--------|---------|--------|------------|

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = songahm
Search Results: Displaying 4 of 4 entries



Labeled View

*Songahm Taekwondo instructor manual.*

**Type of Work:** Text
**Registration Number / Date:** TX0004877698 / 1998-10-26
**Title:** Songahm Taekwondo instructor manual.
**Description:** 1 v.
**Copyright Claimant:** American Taekwondo Association, Inc.
**Date of Creation:** 1998
**Date of Publication:** 1998-01-02
**Previous Registration:** Prev. reg. 1990, TX 2-732-256.
**Basis of Claim:** New Matter: revisions & additions.
**Names:** American Taekwondo Association, Inc.



| Save, Print and Email (Help Page) | |
|---|---|
| Select Download Format  Full Record  ∨ | Format for Print/Save |
| Enter your email address: | Email |

---

Help   Search   History   Titles   Start Over

---

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page

**EXHIBIT 2**

7/26/2021                                                    WebVoyage Record View 1



**The Library has opened access to some reading rooms by appointment only. More. The
Jefferson Building has reopened to visitors via timed, ticketed entry. More.**

| Help | Search | History | Titles | Start Over |

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = american taekwondo
Search Results: Displaying 1 of 4 entries

◀ previous      next ▶



*American Taekwondo Association black belt mid-term and rank testing...*

**Type of Work:** Text

**Registration Number / Date:** TX0004836079 / 1998-05-18

**Title:** American Taekwondo Association black belt mid-term and rank testing requirements : handbook / written by ATA Instruction Department and Protech Division.

**Description:** 74 p.

**Copyright Claimant:** American Taekwondo Association. Instruction Department & American Taekwondo Association. Protech Division

**Date of Creation:** 1998

**Date of Publication:** 1998-03-15

**Copyright Note:** C.O. correspondence.

**Other Title:** Black belt mid-term and rank testing requirements

**Names:** American Taekwondo Association. Instruction Department

American Taekwondo Association. Protech Division

ATA. Protech Division

ATA. Instruction Department

WebVoyage Record View 1



---

Help   Search   History   Titles   Start Over

---

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |  Copyright Office Home Page  |
Library of Congress Home Page

—



**The Library has opened access to some reading rooms by appointment only. <u>More</u>. The Jefferson Building has reopened to visitors via timed, ticketed entry. <u>More</u>.**

| Help | Search | History | Titles | Start Over |

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = american taekwondo
Search Results: Displaying 2 of 4 entries

◀ previous    next ▶



*American Taekwondo Association instructors kit / by Haeng Ung Lee.*

**Type of Work:** Text
**Registration Number / Date:** TX0000995798 / 1982-03-11
**Title:** American Taekwondo Association instructors kit / by Haeng Ung Lee.
**Imprint:** [s.l.] : The Association, c1982.
**Description:** Sheets.
**Copyright Claimant:** American Taekwondo Association
**Date of Creation:** 1982
**Date of Publication:** 1982-03-04
**Authorship on Application:** wrote contents as related by Haeng Ung Lee: Milo Dailey.
**Copyright Note:** C.O. correspondence.
**Names:** <u>Lee, Haeng Ung, 1936-</u>
<u>Dailey, Milo, 1945-</u>
<u>American Taekwondo Association</u>



---

Help   Search   History   Titles   Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |  Copyright Office Home Page  |  Library of Congress Home Page



**The Library has opened access to some reading rooms by appointment only. <u>More</u>. The Jefferson Building has reopened to visitors via timed, ticketed entry. <u>More</u>.**

| Help | Search | History | Titles | Start Over |

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = american taekwondo
Search Results: Displaying 3 of 4 entries



Labeled View

*American Taekwondo Association University : level 1, trainer.*

|  |  |
|---|---|
| **Type of Work:** | Text |
| **Registration Number / Date:** | TXu000739131 / 1996-03-14 |
| **Title:** | American Taekwondo Association University : level 1, trainer. |
| **Description:** | 1 v. |
| **Copyright Claimant:** | American Taekwondo Association |
| **Date of Creation:** | 1995 |
| **Variant title:** | American Taekwondo Association University : level 1, trainer |
| **Names:** | <u>American Taekwondo Association</u> |



| Save, Print and Email (**Help Page**) |
|---|
| Select Download Format  Full Record ⌄   Format for Print/Save |

WebVoyage Record View 1

Enter your email address: [ Email ]

Help   Search   History   Titles   Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |  Copyright Office Home Page  |
Library of Congress Home Page



**The Library has opened access to some reading rooms by appointment only. <u>More</u>. The Jefferson Building has reopened to visitors via timed, ticketed entry. <u>More</u>.**

| Help | Search | History | Titles | Start Over |

---

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = american taekwondo
Search Results: Displaying 4 of 4 entries

◀ **previous**    **next** ▶

---



*American Taekwondo Association University : level 2, certified course.*

**Type of Work:** Text
**Registration Number / Date:** TXu000739132 / 1996-03-14
**Title:** American Taekwondo Association University : level 2, certified course.
**Description:** 1 v.
**Copyright Claimant:** American Taekwondo Association
**Date of Creation:** 1995
**Variant title:** American Taekwondo Association University : level 2, certified course
**Names:** <u>American Taekwondo Association</u>

◀ **previous**    **next** ▶

| Save, Print and Email (<u>Help Page</u>) |
|---|
| Select Download Format  Full Record  ∨    Format for Print/Save |

Enter your email address: [                    ] [ Email ]

Help   Search   History   Titles   Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |  Copyright Office Home Page  |  Library of Congress Home Page

7/26/2021                                    Trademark Electronic Search System (TESS)



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

**Trademarks > Trademark Electronic Search System (TESS)**

*TESS was last updated on Mon Jul 26 03:17:22 EDT 2021*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST |
| FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout  Please logout when you are done to release system resources allocated for you.

Start  List At:              OR  Jump  to record:        **Record 8 out of 10**

| TSDR | ASSIGN Status | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | ATA |
| **Goods and Services** | IC 200. US 200. G & S: Indicating membership in applicant's organization. FIRST USE: 19910612. FIRST USE IN COMMERCE: 19910612 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 02.01.02 - Men depicted as shadows or silhouettes of men; Silhouettes of men<br>02.09.19 - Diving, humans; Humans, including men, women and children, depicted playing games or engaged in other sports; Playing games or sports, humans |
| **Serial Number** | 76666558 |
| **Filing Date** | September 25, 2006 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | May 8, 2007 |
| **Registration Number** | 3267114 |
| **International Registration Number** | 1266629 |
| **Registration Date** | July 24, 2007 |
| **Owner** | (REGISTRANT) American Taekwondo Association, Inc. DBA American Taekwondo Association CORPORATION ARKANSAS 6210 Baseline Road Little Rock ARKANSAS 72209 |
| **Attorney of Record** | Joseph R. Falasco |
| **Description of Mark** | Color is not claimed as a feature of the mark. |
| **Type of Mark** | COLLECTIVE MEMBERSHIP MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20170417. |
| **Renewal** | 1ST RENEWAL 20170417 |

┌─────────────┐
│  **EXHIBIT** │
│     **3**    │
└─────────────┘

Trademark Electronic Search System (TESS)

**Live/Dead Indicator**  LIVE

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST |
| FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

| HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

7/26/2021                                          Trademark Electronic Search System (TESS)



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Mon Jul 26 03:17:22 EDT 2021*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST |

| FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout   Please logout when you are done to release system resources allocated for you.

Start   List At:          OR   Jump   to record:          **Record 5 out of 10**

| TSDR | ASSIGN Status | TTAB Status |   *( Use the "Back" button of the Internet Browser to return to TESS)*



| **Word Mark** | ATA |
| **Goods and Services** | IC 025. US 022 039. G & S: Martial arts uniforms; gis; martial arts belts; T-shirts; sweatshirts; hoodies; polo-style shirts; tank tops; knit and woven tops; blouses; pants; shorts; skirts; jeans; jackets; caps; beanies; hats; bandanas; boxers; underwear; sleepwear and pajamas; loungewear; outerwear, namely, jackets, fleece jackets and outer shirts, gloves, and scarves; socks and hosiery; ties; wrist bands; head bands; footwear, namely, shoes and athletic footwear; belts; robes; and warm-up suits. FIRST USE: 19910612. FIRST USE IN COMMERCE: 19910612 |
| | IC 028. US 022 023 038 050. G & S: Martial arts training equipment and sporting goods, namely, nunchucks, Korean short sticks (bahng mahng ee), staffs, ssahng nat being in the nature of training sticks, punching gloves, boxing gloves, combat gloves, kickboxing gloves, kick bags, punching bags, kicking targets, coaching mitts, target pads, speed bags, hand punch pillows, punch bolsters, punching balls, riot pads, chest protectors, foot protectors, abdomen protectors, forearm protectors, shin protectors, instep protectors, elbow protectors, wrist-guards and knee-guards, groin guards, protective cups, protective gloves, hand wraps, ankle protectors, ankle supports, and fist protectors; weapons bags for sporting weapons used in martial arts training; Martial arts training equipment and martial arts sporting goods worn on the body for training, namely, arm and leg punching guards, forearm blockers, body slammer shields, and forearm kick shields; Martial arts training equipment and martial arts sporting goods, namely, mouth guards and mouth pieces. FIRST USE: 19910612. FIRST USE IN COMMERCE: 19940615 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 02.01.02 - Men depicted as shadows or silhouettes of men ; Silhouettes of men |
| **Serial Number** | 86257391 |
| **Filing Date** | April 21, 2014 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for** | October 28, 2014 |

EXHIBIT
4

7/26/2021                                        Trademark Electronic Search System (TESS)

| | |
|---|---|
| **Opposition** | |
| **Registration Number** | 4670316 |
| **International Registration Number** | 1525896 |
| **Registration Date** | January 13, 2015 |
| **Owner** | (REGISTRANT) American Taekwondo Association, Inc. DBA American Taekwondo Association CORPORATION ARKANSAS 1800 Riverfront Drive Little Rock ARKANSAS 72209 |
| **Attorney of Record** | Joseph R. Falasco |
| **Prior Registrations** | 2114189;3267114 |
| **Description of Mark** | Color is not claimed as a feature of the mark. The mark consists of the letters "ATA" appearing in block font with a silhouette of a human figure performing a leftward-facing kick superimposed in front of such letters. |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST |
|---|---|---|---|---|---|---|---|---|---|---|
| FIRST DOC | PREV DOC | NEXT DOC | LAST DOC | | | | | | | |

| HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



## MARTIAL ARTS

# LICENSE

License issued to **ROMEO GREGORY**

Address **2711 SOUTH ROSE AVENUE SUITE D103**

**OXNARD, CA  93033**

This license is issued to the above named person to use the **Songahm Taekwondo** forms for martial arts instruction and other approved curriculum at the location above pursuant to a license agreement legally entered into **6/30/2020**.

INFORMATION OF IMPORTANCE TO HOLDER OF THIS ORIGINAL LICENSE

This license does not authorize the license holder to operate in conflict of the laws of the city or state in which the license holder is located.

This license MUST be posted in a conspicuous place at the location being licensed.

This license constitutes a privilege granted by the **American Taekwondo Association** to the above named person to use copywrited materials and trademarks within the Licensed territory as set forth in the License Agreement. Improper use is forbidden.

License #  **3167**            Expiration date of License       **6/30/2023**

VICE PRESIDENT OF LICENSING AND SALES

**EXHIBIT**

**5**

# INDEPENDENTLY
# OWNED AND OPERATED

DocuSign Envelope ID: 59946B5A-A7D9-49A4-A9F5-E4E4D629CEBE

3167

# ATA ADVANCED SCHOOL LICENSE AGREEMENT

This Agreement is being entered into as of this <u>16</u> day of <u>July</u>, 202<u>0</u> by and between ATA International, an Arkansas corporation with its principal place of business located at <u>1800 Riverfront Dr., Little Rock, Arkansas 72202</u> (hereinafter referred to as "ATA") and <u>Romeo Gregory</u> an individual whose physical school address is <u>2711 S. Rose Ave Suite D103 Oxnard CA 93033</u> (hereinafter referred to as "Licensee") as it relates to use of intellectual property related to martial arts programs owned and developed by ATA.

## RECITALS

WHEREAS, ATA has developed a form of Taekwondo known as Songahm Taekwondo which has become internationally recognized; and

WHEREAS, ATA has a proprietary interest in the forms of Songahm Taekwondo, trade names, trademarks, copyrights and associated intellectual property useful in the instruction of martial arts (the "Intellectual Property"); and

WHEREAS, Licensee desires to utilize the Intellectual Property for the purpose of teaching Songahm Taekwondo at a martial arts facility independently owned and operated by Licensee.

THEREFORE, based upon the following promises, conditions, and restrictions the parties agree as follows:

## LICENSING RIGHTS AND LIMITATIONS

1.0    ATA hereby grants to Licensee a non-exclusive right to use the Intellectual Property (the "Licensed Rights"), subject to termination of such grant as set forth below.

1.1    Licensee acknowledges ATA owns exclusive right, title, and interest in and to the Intellectual Property and the Licensed Rights and Licensee will not at any time do or cause to be done any act or thing contesting or in any way impairing or tending to impair any part of such right, title and interest. In connection with the use of said Intellectual Property, Licensee shall not in any manner represent that Licensee has any ownership of the Licensed Rights and that such Licensee's use of the material shall not create in such Licensee any rights, title or interest in or to the Intellectual Property. When Licensee is making use of the Intellectual Property as permitted under this Agreement, Licensee will insure that all Intellectual Property is protected from unauthorized use and will indicate that ATA is the owner of the Intellectual Property.

1.2    During the term of this Agreement, Licensee will be entitled to represent itself to be a Licensee of ATA. This title does not mean agent, employee, or independent contractor.

2.0    Licensee may purchase from ATA or ATA's authorized distributor, certain products, which Licensee intends to resale and which bear ATA's or an affiliated logo.



DocuSign Envelope ID: 59946B5A-A7D9-49A4-A9F5-E4E4D629CEBE

2.1     Licensee shall not be required to purchase any specific products but shall only be allowed to utilize such mark on products purchased from ATA or ATA's authorized distributor.

2.2     Licensee may purchase tee-shirts for tournaments utilizing the licensed marks either from ATA's Authorized Distributor or to have them produced elsewhere; provided, however, that this subparagraph shall not entitle Licensee to sell tee-shirts or other items bearing the Intellectual Property other than for the specific tournament for which the tee-shirt is produced.

2.3     Notwithstanding the above, Licensee will be permitted to purchase stationary and other related supplies from any source and utilize the licensed marks set forth herein and contain the words **"Independently Owned and Operated."**

3.0     During the term of this Agreement, Licensee shall not operate an unlicensed martial arts location where Songahm Taekwondo is taught.

4.0     Licensee may not own, operate, or be a partner (including silent) on a non-ATA martial arts location or organization that teaches curriculum similar to Songahm Taekwondo or other ATA approved martial arts programs.

## TERRITORY

5.0     The Licensed Rights are limited to the territory set forth in Schedule I attached hereto and incorporated by reference (the "Territory and Minimum Active Members").

5.1     During the term of this Agreement, the License Rights granted to Licensee shall be exclusive for the Territory; provided, however, that such exclusivity shall not preclude indirect (*e.g.* phone book, newspaper, television, radio) advertising by Licensee that extends beyond the Territory but such license shall not permit direct advertising (*e.g.* social media advertising, direct mail, drop boxes, billboards, pamphlet distribution) that includes an area within a territory belonging to another Licensee.

5.2     ATA shall not enter into a License Agreement granting similar rights as set forth in this Agreement within the Territory without the prior written consent of Licensee, unless the territory becomes non-exclusive, per 5.3 and Schedule I.

5.3     ATA reserves the right to make Territory non-exclusive if Licensee does not meet the minimum active member requirement set out in Schedule I

## CURRICULUM/RANK TESTING

6.0     During the term of this Agreement, Licensee may provide instruction in other forms of martial arts other than Songahm Taekwondo, so long as Licensee utilizes Songahm Taekwondo in their students ATA rank testing.

7.0     Licensee will utilize the services of ATA International Headquarters for all-ATA rank testing, and Licensee agrees to send in all Songahm Taekwondo testers, new members and renewals. And, such testing shall be in accordance with the Intellectual Property and subject to the Licensee's fees

Applicant's Initials    RG

DocuSign Envelope ID: 59946B5A-A7D9-49A4-A9F5-E4E4D629CEBE

### LICENSE FEE AND LATE SERVICE CHARGE

8.0    Licensee agrees to pay to ATA a monthly license fee for use of the Intellectual Property upon receipt, attached hereto and incorporated by reference (the "Use Fee Structure"). Licensee shall pay this monthly flat fee, which will be due on the established dated agreed upon by both parties.

8.1    Licensee shall pay to the ATA a late charge for any payment not received by date such payment is due in the amount of 1.5% of the payment then due (18% APR). ATA stipulates and agrees any late charge(s) shall not be deemed to be interest, but shall be an assessment to induce timely performance of the terms of the agreement between the parties.

### INDEMNITY CLAUSE

9.0    Licensee hereby agrees to indemnify and hold harmless ATA, its owners, officers, employees, and agents, against all losses, damages and expenses, including attorneys fees, incurred as a result of or related to any and all claims alleged or actually suffered by third parties relating to injuries alleged or actually suffered by any person or entity relating as the result of any business being operated by Licensee. Licensee will include the statement that this licensed location is "**Independently Owned and Operated**" on all advertising, tuition contracts and other written material. The above statement set forth above will be **prominently displayed** at the above licensed location and at all events sponsored by Licensee (*i.e.*, testing or tournaments). All tuition contracts entered into by Licensee will contain a clause specifically setting forth that ATA is not a party to the Agreement.

### CERTIFICATION/LEGACY FACILITATOR REQUIREMENTS

10.0    **Licensee must be Legacy Level 3-Instructor Certified and Legacy Facilitator Certified in order to get and maintain this License**. If Licensee is not Legacy Level 3-Instructor Certified, or needs to obtain Legacy Facilitator Certification, then Licensee must do so within the first 12 months of this License start date. If these requirements are not met, and/or maintained, then Sections 19.0 and 19.2 will control.

### INSURANCE REQUIREMENTS

11.0    **Licensee must show proof of insurance, and ATA requires all ATA License Owners to carry General, Professional and Sexual Abuse and Molestation Liability Insurances**. Licensee must utilize the General, Professional and Sexual Abuse and Molestation Liability insurance coverages available through K&K Insurance. ATA must be shown as a certificate holder and as an additionally insured on any policy. Licensee must carry at least the following liability coverage limits:

- ◆ General Liability:      $1,000,000 per occurrence and $2,000,000 aggregate
- ◆ Professional Liability:  $1,000,000 per occurrence and $2,000,000 aggregate
- ◆ SAM Liability:         $1,000,000 per occurrence and $1,000,000 aggregate

### RELATIONSHIP

Applicant's Initials   RG

DocuSign Envelope ID: 59946B5A-A7D9-49A4-A9F5-E4E4D629CEBE

12.0.    This Agreement does not create an agency, joint venture, or partnership between the parties.  Licensee is an independent owner and operating Licensee and neither party is authorized to enter into a contract, warranty, or representation on behalf of the other party.  This Agreement is not intended to create a franchise within the meaning of the Federal Trade Commission or any state franchise law or regulation.

12.1    Licensee and ATA agree that ATA International Headquarters does not have any control over tuition contracts used at Licensee's location(s).  Licensee agrees to include language that "ATA International Headquarters is not a party to Licensee's tuition contracts" and that "Licensee is independently owned and operated."

## TERM AND RENEWAL OPTIONS

13.0    The term of this Agreement shall commence upon execution by all the parties to this Agreement and shall expire after three (3) years of the date of the execution of this Agreement or earlier as provided herein.

13.1    ATA reserves the right to terminate the relationship after the three (3) year period if Licensee has been in breach of this agreement on multiple occasions, or for not meeting the average standards for Licensees.

14.0.    If Licensee is not in default and has not been in default repeatedly (Paragraph 13.1) during the term of this Agreement, then ATA shall have the option to renew this Agreement for one single three (3) year period.  Licensee will be required to sign a new License Agreement.

14.1    To be eligible for a renewal, Licensee must pass a background check as well as be current on Legacy Level 3-Instructor Certification and Legacy Facilitator Certification, and be current on ALL ATA accounts.

## CONFIDENTIALITY

15.0    Licensee undertakes that he or she shall not disclose to any person any confidential information concerning this Agreement, except that Licensee may disclose:

15.1    To Licensee's employees who need to know such information for the purposes of carrying out the Licensee's obligations under this Agreement. The Licensee shall ensure that the employees keep the information confidential;

15.2    As may be required by law, a court of competent jurisdiction or any governmental or regulatory authority and no party shall use any other party's confidential information for any purpose other than to perform its obligations under this Agreement.

16.0    For the avoidance of doubt, the terms of this Agreement are confidential, except that each party may disclose the Licensee's territory information to another Licensee for purposes of protecting the territory from infringement.

## DRUG AND SEXUAL ABUSE

Applicant's Initials  *KG* —DS

DocuSign Envelope ID: 59946B5A-A7D9-49A4-A9F5-E4E4D629CEBE

17.0     In addition to any other rights and remedies of the ATA under this Agreement, the ATA shall have the right to terminate this Agreement immediately on written notice if the Licensee is charged by the police or the relevant enforcement authority with any criminal offence relating to drugs or drug abuse or is found by any county, national or international organization or recognized governing body of which the Licensee may be directly or indirectly subject (a Relevant Organization) to be guilty of any breach of such rules relating to or arising out of his possession or use of drugs or other prohibited substances, his dealing in drugs or other such substances, or his aiding or abetting any other person to use or deal in drugs or other such substances.  Furthermore, the ATA shall have the right to terminate this Agreement immediately on written notice if the Licensee is charged by the police or the relevant enforcement authority with any criminal offense relating to sexual abuse or molestation.

17.1     Without prejudice to clause 8, or to the other rights and remedies of the ATA hereunder, if the Licensee has or is reputed to have used, dealt in or aided and abetted any other person in using or dealing in any drugs or other substances (including any pharmaceutical or vegetable product) the use of which is forbidden by the rules of any Relevant Organization or which would, if substantiated, amount to a criminal offence, the ATA shall be entitled to suspend this Agreement on written notice to the Licensee. In the event of any such suspension, the ATA shall not be obliged to pay any sum, nor provide any applicable Product Supply due under this Agreement, and the Licensee shall not provide any of the services herein set out unless and until such allegation is unconditionally withdrawn, or is proved to the ATA's absolute satisfaction to be false, or the ATA otherwise agrees in writing to cancel the suspension. In the event of such withdrawal, proof of falsity or cancellation, this Agreement shall cease to be suspended forthwith upon written notice to that effect given by the ATA to the Licensee whereupon the Licensee and the ATA shall re-commence the performance of their obligations hereunder, provided always that the ATA shall in any event be entitled to terminate this Agreement immediately on written notice in the event of such suspension unless such allegation as aforesaid is withdrawn or proved false within 30 days of written notice by the ATA to the Licensee requiring such allegation to be withdrawn or disproved.

## DEFAULT, SUSPENSION AND TERMINATION

18.0     ATA may terminate this Agreement at any time for a material default or breach of this Agreement.  ATA will give Licensee 30 days notice of such event that gives cause for termination, and if such breach is not cured within such 30 day period, then ATA may terminate this Agreement without any further notice to Licensee.  The cure period shall be reduced to 10 days if the default of Licensee is the result of any of the following:

18.1     Failure to pay when due any sum owed to ATA under this Agreement.

18.2     Failure to provide ATA with any completed report in the form specified under this Agreement.

18.3     Failure to continuously operate a martial arts facility which teaches Songahm Taekwondo.

18.4     Failure to submit any testing for a period greater than 60 days.

Applicant's Initials ___RG___

DocuSign Envelope ID: 59946B5A-A7D9-49A4-A9F5-E4E4D629CEBE

18.5   Any misuse of the Licensed Rights by Licensee.

18.6   Unauthorized use of Intellectual Property (i.e. operating an unlicensed school or club where Songahm Taekwondo is being taught).

18.7   Multiple Infringements on Another Licensee's Territory.

**19.0   ATA will automatically temporarily SUSPEND this License if the Licensee fails to maintain:**
**19.1   The Insurance Requirements for General, Professional and Abuse and Molestation Insurance Coverages as set out in Section 11.0; and/or**

**19.2   Licensee's Legacy Facilitator Certification, if Licensee does not get recertified within a six-month time period following the expiration date of the certification.**

**20.0   During the temporary suspension, Licensee may not teach Songahm Taekwondo or other ATA curriculum, and ATA will not receive any payments and rank testings, memberships, leaderships, etc. until the insurance is back in place. Also, Licensee's students may not compete at any ATA Sanctioned Event during the suspension period.**

21.0   ATA may terminate this Agreement without giving advance notice and without giving an opportunity to cure for any of the following reasons:

21.1   Criminal misconduct on the part of Licensee (including management, shareholders, partners, or any single owners).  Criminal misconduct does not require an arrest or guilty plea or verdict.

21.2   Breach of Code of Conduct attached hereto and incorporated in Schedule III.

21.3   Fraud.

21.4   Bankruptcy or an assignment for the benefit of creditors filed against or made by Operator.

21.5   Death of Licensee, or majority equity owner if Licensee is a corporation, partnership, limited liability company or other form of legal entity.

21.6   Abandonment on part of licensee.  Abandonment will be found if Licensee leaves the licensed location for an indefinite extended period of time, while the location is operated solely by someone else.

22.0   Upon termination of this Agreement the following provision shall apply:

22.1   All monies owed by Licensee to ATA will immediately become due and payable.

22.2   All Licensed Rights granted under this Agreement shall terminate.

Applicant's Initials 

DocuSign Envelope ID: 59946B5A-A7D9-49A4-A9F5-E4E4D629CEBE

22.3    Licensee shall cease using any names and logos associated with ATA.

22.4    Licensee will cease using all supplies and items pertaining to the Licensed Rights, including, without limitation, the Instructor Manual.

22.5    Licensee will cease instructing martial arts using the Songahm Taekwondo forms or utilizing the Intellectual Property in any way.

## **TRANSFER PROHIBITED**

23.0    This Agreement is not transferable by Licensee, and these Licensed Rights may not be included in a potential sale of a Licensee's business.  If Licensee attempts any assignment, sale or change of control for the Licensed Location without prior approval of the ATA, then ATA reserves the right to terminate this License.

24.0    Licensee must maintain control over the business in which the license rights are given.  If Licensee does not own and control the majority of business (i.e. billing assets) in which the license rights are given, then ATA will have the right to terminate the license agreement immediately.

## **NOTICES**

25.0    All notices to be given under this Agreement are to be in written form.  Any notice to ATA shall be sent to: ATA International, P.O. Box 34050, Little Rock, Arkansas, 72203, Attention: Licensing Department.  Any notice to Licensee shall be sent to the address appearing on the signature page to this Agreement.  Either party may modify their address for notices to be sent by so instructing the other party in writing.  Notices shall be deemed delivered 3 (three) days after posing if sent by regular mail, pre-paid, or upon actual receipt if sent by other form (next day delivery, registered mail, etc….) or upon personal delivery if delivered by hand.

26.0    This Agreement constitutes the entire Agreement between the parties and may not be changed except by a written document signed by both parties.  **This Agreement Incorporates and Supersedes all prior Agreements between the parties, whether written or oral pertaining to licensed rights and fees**.

27.0    This Agreement shall be interpreted pursuant to the Laws of the State of Arkansas.

28.0    Should any term or condition of this Agreement be found to be invalid or unenforceable by a court of competent jurisdiction, the remaining terms and conditions of this Agreement shall remain in full force and effect.

29.0    All financial terms under this Agreement are deemed to be performed in Little Rock, Arkansas at the offices of ATA.

30.0    In the event of any breach or threatened breach of this Agreement by Licensee as it relates to the Licensed Rights or its use of the Intellectual Property, ATA shall be entitled in addition to any other remedies it may have at law, to obtain an immediate injunction without trial to protect ATA's interest.  The parties agree that should Licensee breach a term or condition relating to the Licensed

Applicant's Initials _RG_

DocuSign Envelope ID: 558A77A8-663B-471E-B431-9DF45B4E2FF6

Rights or its use of the Intellectual Property, that ATA will suffer irreparable harm for which monetary damages may not be sufficient.

31.0    Should either party bring legal proceedings to enforce the terms and conditions of this Agreement, the prevailing party shall be entitled to recover all of its reasonable expenses, including attorney fees, costs, and other expenses reasonably and necessarily incurred.

32.0    The terms and conditions as set forth herein shall be binding and inure to any assignee or transferee.

33.0    It is expressly agreed that all covenants and conditions relating to the rights and obligations of ATA and Licensee subsequent to the termination of this Agreement shall survive the termination of this Agreement.

34.0    **If Licensee chooses to change its physical address, then Licensee must notify ATA in advance and sign a new Agreement prior to moving.  Licensee understands there will be an address change fee.  This is required to ensure that Licensee's and the territory of other Licensees are documented and protected**.

35.0    By signature below, any person executing this Agreement on behalf of a corporation, partnership, limited liability company or any other legal entity represents that such person has the authority to do so.

This Agreement is being executed by the parties on the date set forth next to the signature herein below.

**"ATA"**
ATA International.

By  _Janelle Gleisner_                    7/31/2020
4E9F20BB9328436                           Date
Name: Janelle Gleisner

Title: VP of Sales & Licensing


**"LICENSEE"**

Signature:  _Romeo Gregory_              7/16/2020
27B346E0CB994FE                           Date

Name:  Romeo Gregory

606 Green River St. Oxnard CA 93036

Address

Applicant's Initials  RG

DocuSign Envelope ID: 558A77A8-663B-471E-B431-9DF45B4E2FF6
DocuSign Envelope ID: 59946BJA-A7D9-49A4-A9F5-E4E4D029CE8L

# SCHEDULE I

## DESIGNATED TERRITORY AND MINIMUM ACTIVE MEMBERS

Final territory and designated area will be assigned by ATA.

The territory will include a population base of approximately 15,000 people for this Advanced School License.

The ATA has established certain statistical standards for maintaining this License. The Licensee is required to have a minimum of 75 active members at this location. Active members are defined by the number of current memberships ATA shows for the Licensed Location.

If this minimum requirement is not met, then ATA has the right to open the territory up to additional Licensees.

**"ATA"**
ATA International

Name: _Janelle Geisner_                    7/31/2020
      DocuSigned by:                        Date
      4E9F20BB9328436

**"LICENSEE"**

Signature: _Romeo Gregory_                 7/16/2020
           DocuSigned by:                   Date
           27B346E0CB994FE

Applicant's Initials   RG

DocuSign Envelope ID: 558A77A8-663B-471E-B431-9DF45B4E2FF6
DocuSign Envelope ID: 35940DJA-A1D5-45A4-A5F5-E4L4BD29CEBE

# SCHEDULE II

## LICENSE FEE STRUCTURE

**License Fee-Testings Benefit:**
The monthly license fee will include New Memberships, Color Belt promotions, Mid-terms and Black Belt promotions to 3rd Degree, as well as all in-house 3rd Degree Mid-terms (if a student mid-terms at a regional testing or national event, other fees will apply). All promotional testings for 4th Degree, 4th Degree Mid-terms and above will follow National promotional standards. A $7.50 processing and handling fee will apply for each testing in which certificates are required.

**License Fee-Leadership Applications Benefit:**
The license fee will also include all NEW leadership applications only (leadership manuals may be purchased from an ATA authorized distributor).

**License Fee-Event Training Benefit:**
The license fee provides the benefit of allowing a total number of Two Event Registrations a year for Actively Training Legacy Members (this does not include midterm/testing or retesting fees) to be used at a National Event. An "Event Registration" is defined as a registration of one person for ANY or ALL business and physical training at either the World Expo, Spring Nationals, or Fall Nationals. Licensee is allowed to utilize no more than two Event Registrations at a given Event. Once the Two Registrations are utilized for the year, any additional National Event trainings will be charged at regular price. Legacy Members must be actively training and meet seminar requirements (Age/Rank/etc).

**One-Year, In-School Renewals:**
Currently, all One-Year, In-School Renewals are included in the License Fee. However, ATA and Licensee agree that ATA reserves the right to modify the collection and distribution of the One-Year Renewal fee with written notice to the Licensee.

**NOT INCLUDED:**
The license fee does not include any Legacy applications, Legacy upgrades (Level I-III), or Legacy related items, such as Legacy Family discounts, Background Checks, or any books or patches related to the program.

| Monthly License Fee | $725.00 a month |
|---|---|

**"ATA"**
ATA International

**"LICENSEE"**

Name: _Janelle Gleisner_    7/31/2020
DocuSigned by: 4E9F20BB9328436
    Date

Signature: _Romeo Gregory_    7/16/2020
DocuSigned by: 27B346E0CB994FE
    Date

Applicant's Initials _RG_

DocuSign Envelope ID: 558A77A8-663B-471E-B431-9DF45B4E2FF6

# SCHEDULE III

## CODE OF CONDUCT

1.      Physical abuse or discipline, the threat of physical abuse, sexual or other harassment and verbal abuse or other forms of intimidation shall be prohibited.

2.      Training, where provided, shall be clean, safe and meet the basic needs of the instructor and students.

3.      There is no discrimination access to martial arts training, rank promotion, or other martial arts related issues based on race, caste, national origin, religion, age, disability, gender, marital status, sexual orientation, etc.

4.      There can be no drug abuse or aiding and abetting any other person to use or deal in drugs or such substances by Licensee.

**"ATA"**
ATA International

Name: Janelle Gleisner          7/31/2020
                                Date

**"LICENSEE"**

Signature: Romeo Gregory        7/16/2020
                                Date

Applicant's Initials  RG

DocuSign Envelope ID: 59946B5A-A7D9-49A4-A9F5-E4E4D529CEBE



# ATA International Headquarters

PO Box 34050 Little Rock, AR 72203-4050

(501) 568-2821    (866) 282-8721

Electronic Funds – Automatic Payment

*#8560*

# Advanced Monthly License Fee

*Two Payment Options  (Please Circle Your Choice)*

| EFT Payment | x | Credit Card Payment |
|---|---|---|
| | | *(Additional Monthly $15 Service Fee)* |
| 1 - 36 Months x $725 | | 1 - 36 Months x $740 |

*Payments MUST be by Electronic Funds Transfer (EFT) or Credit Card*

*\*ASF is a billing company.  All Licensing Fees will be paid to ATA International through ASF*

*This License Fee will be renewed during the License renewal approval process.*

Draft Authorization: I authorize ASF Payment Solutions to debt entries to my account as indicated, including a $15 redeposit fee for bank or credit card payments returned or declined.

Credit Card Draft: Your payment will be processed the business day before when drafting date falls on a weekend or holiday.

Choose one payment date to be drafted each month:      [x] 15th      [ ] 30th

Bank Draft:      [ ] Checking      [ ] Savings

Routing # _____      Account # _____

Bank Name _____      *(Voided Check is REQUIRED for EFT)*

Credit/Debit Card Draft:   [ ] VISA   [x] MC   [ ] DISC   [ ] AMEX

Account # _____      Exp. Date 1222

License Holder's Name Romeo Gregory

Account Holder's Name Romeo Gregory

Acct Holder's Email Address romeogregory@hotmail.com      Phone 8056075245

Billing Address 2711 S. Rose Ave Suite D103

Billing City Oxnard      Billing State CA      Billing Zip 93033

Authorized Signature _Romeo Gregory_      Date 7/16/2020
— DocuSigned by:
27B346E0CB894FE...

For License Department Use Only: (Additional Information) License # 3167
First payment: July, 2020

DS
RG



**EXHIBIT 6**





Oxnard Kids Martial Arts - Legacy Martial Arts - Oxnard, California









**VIEW OUR LOCATION**

State Park

arbara
acapa
ASBS
'ater...

# Check our membership plans

Oxnard Kids Martial Arts - Legacy Martial Arts - Oxnard, California



Lynnae hits 1 year today with LEGA
artist is amazing the instructors te
INTEGRITY GREAT SPORTSMANSHI
a p





St





## Legacy Martial Arts

2711 S. Rose Ave, Suite D103, Oxnard, California 93030

805-240-7424

LegacyMartialArtsOxnard@gmail.com

   






**Legacy Martial Arts Fam Center**
Like This Page   May 3

Make up photos with Ninjastar Ph
Tue-Wed. The sign up link is in ou

Scott Lape, Rio Del Mar PTA and 2 o



**Legacy Martial Arts Fam Center**
Like This Page   January 17

At Legacy Martial Arts Family Fitn

Instagram Photos



**Legacy Martial Arts Family Fitness Center**

Like This Page   October 23 2020   Edited

Grandmaster Richie was well known for explosive jump kicks. — at Legacy Martial Arts Family Fitness Center.



 **Legacy Martial Arts Family Fitness Center**   •••
Like This Page   March 27  2020  

Family and friends
Ms. Rosales is doing a free online reading this Saturday March 28th Live on our Facebook feed Legacy Martial Arts Family Fitness Center at 10am. Please feel free to invite anyone who has kids 12 and below to tune in and listen to "Ara's first step to Black Belt".
.
.
Looking for family style Martial Arts, Join Our Team! Call 805-240-7424 or visit us at www.oxnardmartialarts.com... See More

Carmen Sandoval, Vanessa Calderon and 6 others like this.

4 Shares

Legacy Martial Arts Family Fitness Center - Photos | Facebook



**Legacy Martial Arts Fam
Center**
Like This Page  February 7  2

Birthday shoutout to Mrs. Fleming
have a blessed day ma'am!
.
.
.
.
#ventura #karategirl #atatigers #B
#teamlma #kickboxing #gotkickpic
#oxnardmartialarts #martialarts #k
#atastrong #oxnard #atamartialart
#oxnardca #taekwondolove #lega
#karatelife #photooftheday #picoft
#wearesongahm #oxnardtaekwon
#blackbelt #karate #karatedo #tae
#venturacounty #taekwondogirl #t

Martial Arts Palm Technique, Heman
Hemandez, James Mackey and 8 oth

**Cristina Mackey** Happy Birt
1y

**Leon Rogers** Happy birthda
Century team!
1y

HAPPY BIRTHDAY MRS. FLEMING

Timeline Photos



**Legacy Martial Arts Family Fitness Center**

Like This Page   December 1

We are relaunching our Certified Instructors
Program January 6, 2020. Time to sharpen our
strengths in our team! Who's ready

Looking for family style Martial Arts classes?
Call 805-240-7424 or visit us at
www.oxnardmartialarts.com

#LegacyMartialArts #TeamLMA #Oxnard
#OxnardCA #OxnardMartialArts #
#VenturaCounty #Ventura #GotKick
#WeAreSongahm #HyperMA #ATA
#ATAStrong #Kickboxing #Martial
#ATAworldwide #TaekwondoGirl #
#TaekwondoTraining #BlackBelt #
#Picoftheday #photooftheday #Ta
#KarateKid #KarateGirl #KarateD

Khyle Dayao, Carolyn L. Kaneko and



7/26/2021                    Legacy Martial Arts (@legacymartialarts) • Instagram photos and videos







page

7/26/2021                    Legacy Martial Arts (@legacymartialarts) • Instagram photos and videos



legacymartialarts

legacymartialarts ⚠ Tournament Date Moved ⚠ Class "C" In-House Tournament is Saturday January 11th at Legacy Martial Arts. First 25 paid receive a free pass to MLK Camp, the following 25 will receive a 50% discount off the camp.
.
.
Registration $50 All 4 Traditional

43 likes



April 5, 2021

Romeo Gregory
Legacy Martial Arts
2711 S. Rose Ave, Suite D103
Oxnard, CA 93030

Dear Mr. Gregory,

As you know, now that your ATA school license has been terminated, you are no longer permitted to use the Songahm Taekwondo curriculum or the ATA trade names, trademarks, copyrights and associated intellectual property.

Please ensure that your businesses no longer offer instruction in Songahm forms or any other ATA curricula. Also please immediately cease and desist from the use of any ATA intellectual property on your uniforms, signage, advertising, or other materials. This includes the use of "ata" in your website domain names, email addresses, and social media pages and groups. Your continued display of our branding (such as by allowing your staff or students to wear uniforms or other gear featuring ATA logos during class or other events) risks creating consumer confusion and mistake by falsely holding yourself out as being affiliated with the ATA.

Additionally, it has come to our attention that there are still photos of people wearing ATA uniforms featuring ATA patches on your website and social media pages. This constitutes trademark infringement and is likely to cause mistake and confusion among consumers. Here are some examples (not intended to be exhaustive) of pages featuring such photos:

- https://oxnardmartialarts.com
- https://www.facebook.com/oxnardmartialarts/posts/5229895177080770
- https://www.instagram.com/p/CMxe2rlAN6n

By no later than **April 15, 2021**, please send me photos, screenshots or other evidence that you have removed our intellectual property from your school, websites and social media accounts. You can email this evidence to me at jordan.schreiber@ataonline.com.

If you do not cease and desist from the use of ATA curriculum and intellectual property, then we reserve the right to pursue appropriate legal action for breach of contract and for copyright and trademark infringement, and to seek all available damages and remedies.

You can reach me at (415) 269-5374 if you have any questions.

Respectfully,

Jordan Schreiber
Legal Counsel

EXHIBIT
9